UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-CR-480-HSG |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTIONS TO MODIFY CONDITIONS OF HIS PRETRIAL RELEASE |
| v. | |
| SIONE FINAU, | |
| Defendant. | |

Defendant Sione Finau is under indictment for conspiracy to deal in firearms without a license. ECF 31.  He has been on pretrial release since September 14, 2015, when the Court imposed a $100,000 unsecured bond and a variety of release conditions.  ECF 17.  Those conditions include, among other things, electronic monitoring and a requirement that defendant not travel outside the Northern District of California.  *Id.*

Before the Court is defendant's motion to modify his release conditions to allow him to take a weeklong vacation to Hawaii in June 2016.  ECF 124.

On May 23, 2016, the Court held a bail review hearing on that motion.  As the supervising U.S. Pretrial Services Officer explained at the hearing, to permit defendant to travel to Hawaii would also require removing him from electronic monitoring.  Defense counsel moved for defendant to be taken off

of electronic monitoring, either for the length of the Hawaii trip or permanently.

The government opposes defendant's proposed modifications to his release conditions. Pretrial Services also originally opposed the proposed modifications. However, at one point in the bail review hearing, Pretrial Services indicated that it might reconsider its position if one of defendant's family members would agree to act as a custodian.

For the reasons stated on the record at the bail review hearing on May 23, 2016, defendant's current conditions of release remain appropriate in light of concerns about danger to the community and risk of flight. Accordingly, defendant's motions to modify the conditions of release to allow travel to Hawaii and to remove him from electronic monitoring are **DENIED**.

**IT IS SO ORDERED.**

DATED: __May 23, 2016_____                    _____
                                                  HON. KANDIS A. WESTMORE
                                                  United States Magistrate Judge