SUZANNE M. MORRIS, State Bar No. 239324
201 Spear Street, Suite 1100
San Francisco, CA  94105
Telephone: (415) 513-5605
Facsimile:  (415) 848-9130

Attorney for Defendant SIONE FINAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR-15-480-HSG |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER MODIFYING THE CONDITIONS OF RELEASE TO ALLOW TRAVEL OUT OF DISTRICT** |
| | ) | |
| v. | ) | |
| | ) | |
| SIONE FINAU | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

On September 14, 2015, this Court placed Mr. Finau on pre-trial release under certain terms and conditions pursuant to an unsecured $100,000 personal recognizance bond. Among the conditions of release is the standard condition that he not travel outside of the Northern Distrcit of California without this Court's permission. Additionally, Mr. Finau's is subject to a curfew and electronic monitoring. Since Mr. Finau's release on bond almost one year ago, he has complied with the conditions of his release without incident.

Mr. Sione submits this request for a modification of the terms of his release to allow him to travel out of the district to Roseville, in the Eastern District of California. The purpose of travel is to allow Mr. Finau to visit his aunt who is in the hospital in a coma. He would travel to the

UNITED STATES v. SIONE FINAU, CR-15-00480-HSG
Stipulation and [Proposed] Order Modifying Conditions of Release to Allow Travel out of District

1

hospital on Friday, August 12, 2016, and Saturday, August 13, 2016, during the day, but would return home to the Northern District in time for curfew. Information as to the location of the hospital can be provided in advance of travel to the Pretrial Services office.

    IT IS SO STIPULATED.

Dated: August 11, 2016   /s/ Suzanne M. Morris  .
            Suzanne M. Morris
            Counsel for Sione Finau

Dated: August 11, 2016   /s/ Brian Lewis    .
            Brian Lewis
            Assistant United States Attorney

    IT IS SO ORDERED.

Dated: 8/12/16        _____
            Honorable Kandis A. Westmore
            United States Magistrate Judge

UNITED STATES v. SIONE FINAU, CR-15-00480-HSG
Stipulation and [Proposed] Order Modifying Conditions of Release to Allow Travel out of District

2